UNITED STATES DISTRICT COURTS
EASTERN DISTRICT OF TEXAS
_____DIVISION

Mr David R. Pete
6355 CHinn Ln #2405
Beaumont, TX 77708
Name of Plaintiff(s)

Case Number: 460-2018-00031X

1:20CV98

vs

William P Barr
ATTorney General, U.S
DepArtment of Justice
Name of Defendant(s)

COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

Note: If plaintiff is alleging employment discrimination based on race or color, please also see 42:U.S.C. 1981

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the court by 42 U.S.C. 2000e-5. Equitable and other relief are also sought under 42 U.S.C. 2000e-5(g).

2. Plaintiff, David R Pete (name of plaintiff), is a citizen of the United States and resides at 6355 CHinn Ln #2105 (street address), Beaumont (city), Jefferson (county), TX (state), 77708 (zip), (409) 998-0229 (telephone).

3.. Defendant, <u>ATTorney Gen. William P. Barr</u>, resides at, or its business is
(name of defendant)

located at <u>950 Pennsylvania Ave NW</u>, <u>Washington</u>,
(street address)                                     (city)

<u>Columbia</u>, <u>D.C.</u>, <u>20530-0001</u> <u>202-514-2000</u>
(county)         (state)      (zip)         (telephone)

4. Plaintiff sought employment from the defendant or was employed by the defendant

at <u>6200 Knauth Road</u>, <u>Beaumont</u>,
(street address)                              (city)

<u>Jefferson</u>, <u>TX</u>, <u>77705</u>.
(county)         (state)      (zip)

5. Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10

of the complaint on or about <u>February 06, 2014</u>.
(month, day, year)

6. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraphs 9 and 10 of this complaint on or about <u>February 7, 2014</u>.
(month, day, year)

7. The Equal Employment Commission issued a Notice of Right to Sue which was received by plaintiff on <u>January 9, 2020</u>.
(month day, year)

8. Because of plaintiff's (1) __X__ race, (2) ____ color, (3) ____ sex,

   (4) ____ national origin, defendant:

   a. ____ failed to employ plaintiff.

   b. __X__ terminated plaintiff's employment.

   c. ____ failed to promote plaintiff.

   d. __X__ Other Retaliated Against because I did File Several EEOC Complaint

9. The circumstances under which the defendant discriminated against plaintiff were as follows:

   Judge decision that my complaint claims that I was harrassed between Feb 2014 to Dec 2014 was untimely Filed is (incorrect). 2) Medical documentation on progress of my Medical condition was ignored by Agency (Human Resources) and was kept from being used to show improvement. 3) AJ Assessment of my Analyze complainant of harrassment claim Assuming that all my issue had been timely was not fairly Assessed and agency was allowed to submitt incomplete document 4) The Fact that the AJ Allowed agency BOP Mangement to be Founded to have legitimate Reason to remove me from light duty, issue 6 point letter show bias. I was never allowed to have my medical document included and AJ Allowed BOP agency to move forward with what ever they wanted, My Removal from light duty Post didn't include the (14 day Review And Assessment of my medical improvement.

10. The acts set forth in paragraph 9 of this complaint:

   a. _X_   are still being committed by defendant.

   b. _____ are no longer being committed by defendant.

   c. _X_   defendant may still be committing the acts.

11. Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint. WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

   a. _____ Defendant be directed to employ plaintiff.

   b. _____ Defendant be directed to re-employ plaintiff.

   c. _____ Defendant be directed to promote plaintiff.

   d. _X_   Defendant be directed to PAY $10,000,000 and that the

   Court grant such relief as may be appropriate, including injunctive orders,

   damages, costs and attorney's fees.

                                       _Paul R Pete_____
                                              (Signature of Plaintiff)

DA\
6355 CHINN LN #400
Beaumont TX 77708



CLERK, U.S. DISTRICT COURT
**RECEIVED**

MAR - 6 2020

EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

Clerk U.S. District Court
Eastern District of Texas
300 Willow Street. Room 104
Beaumont, Texas 77701-2217

**F**

U.S. POSTAGE
$2.40
FCM LG ENV
77706
Date of sale
03/03/20
06  2S  SSK
11487128

**USPS FIRST-CLASS MAIL®**

7.20 oz

C060

SHIP TO:
300 WILLOW ST
BEAUMONT TX 77701-2222

(420) 77701